IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00562-WYD-MJW

TAMMY AGUILAR,

Plaintiff,

v.

NELSON WATSON & ASSOCIATES, LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 8) is GRANTED. The written Protective Order is APPROVED and made an Order of Court.

Date: April 24, 2007