IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00562-WYD-MJW

TAMMY AGUILAR,

    Plaintiff,

v.

NELSON WATSON & ASSOCIATES, LLC, a Massachusetts limited liability company,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulation of Dismissal with Prejudice filed May 15, 2007.  The parties seek therein to dismiss the case pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  The Court, having reviewed the Stipulation and being fully advised in the premises, hereby

ORDERS that the Stipulation is approved and the case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs

Dated:  May 16, 2007

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge